# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VINCENT FILIPPONE, and**
**CARLOS MALDONADO,**

   **Plaintiffs,**

v.              Case No:  6:12-cv-307-Orl-22TBS

**DHD INVESTMENTS, LLC and**
**DOUGLAS E. DENBOER,**

   **Defendants.**

## ORDER

This cause is before the Court on Amended Joint Motion for Approval of Settlement (Doc. No. 25) filed on November 19, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED on modified agreements.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to the Report and Recommendation was filed (Doc. No. 27), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 26, 2012 (Doc. No. 26), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Clerk is directed to add Carlos Maldonado as a party plaintiff.

3. Paragraph 11 of each Settlement Agreement is hereby severed, stricken and deleted. The Agreements as modified are APPROVED.

    4.    The Amended Joint Motion for Approval of Settlement (Doc. No. 25) is GRANTED, including the modified settlement agreements.

    5.    This case is DISMISSED WITH PREJUDICE.

    6.    The Clerk is directed to CLOSE the file.

    7.    **DONE** and **ORDERED** in Orlando, Florida on November 29, 2012.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties